In the matter of WALTER FRANK SANDERS.

No. 11186.
Decided July 28, 1966.
425 P.2d 341.

James J. Sinclair, Billings, for petitioner.

Memo Opinion.

PER CURIAM:

Original proceeding. Petition for writ of habeas corpus.

The matter was presented ex parte and counsel for petitioner heard in oral argument.

After due consideration the writ requested is denied and the cause is dismissed.